*Dec. adjourned term, 1789.*

## STATE OF VERMONT.

*vs.*

## MATHER.

*State vs. Mather.*

Indictment for burglary—for breaking and entering the house of ———, at ———, on ———, between the hours of twelve at night, and nine of the evening succeeding.

On demurrer, exception was taken to the indictment for want of a noctanter; that it was uncertain, from the indictment, whether the facts were committed by night or by day, and of this opinion were the Court, and quashed the indictment.

*State
vs.
Mather.*

Indictment for burglary quashed for want of a noctanter.